| Case Number | |
|---|---|
| | DEPARTMENT OF VETERANS AFFAIRS POLICE |
| | 531 - BOISE VAMC |
| | 500 WEST FORT STREET |
| | BOISE, ID, 83702 |



## Incident Report

Reported by:   **BRISBIN, VAL**

| Incident Types Label | Offender | Incident Disposition |
|---|---|---|
| **INCIDENTS : 13A - 13C ASSAULT OFFENSES : 13B SIMPLE ASSAULT / BATTERY (MISDEMEANOR)** | **WARREN, DOUGLAS LEE (PATIENT)** | **ARRESTED** |
| **FEDERAL : CFR : 38 CFR 1.218(B) : [90C] -  (11) DISORDERLY CONDUCT** | **WARREN, DOUGLAS LEE (PATIENT)** | **ARRESTED** |
| **FEDERAL : CFR : 38 CFR 1.218(B) : [90E] -  (16) ENTERING PREMISES UNDER THE INFLUENCE OF ALCOHOLIC BEVERAGES OR NARCOTIC DRUGS-HALLUCINOGENS-MARIJUANA-BARBITURATES OR AMPHETAMINES** | **WARREN, DOUGLAS LEE (PATIENT)** | **ARRESTED** |

| Report Disposition | Method of Reporting | |
|---|---|---|
| **OPEN** | **OFFICER OBSERVED** | |
| Report Recorder | Manager/Supervisor On Duty | Manager/Supervisor Notified |
| **BRISBIN, VAL** | **BRISBIN, VAL** | **YES** |
| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
| **07/07/2019 at 1845** | **07/07/2019 at 1900** | **07/07/2019 at 1840** |
| Location | | Specific Location |
| **BOISE VA MEDICAL CENTER : BUILDING : 85A** | | **VAMC EMERGENCY ROOM ENTRANCE** |

**Report Synopsis/Overview**

**Homeless Veteran sought treatment in VAMC Emergency Room.  Was discharged, but refused to leave.  Officer dispatched to escort Veteran off property.  Veteran extremely intoxicated, again refused to leave. Attempted to strike officers and was placed into custody.  Later to be transported to Ada County Jail.**

### Contact # 1   (PATIENT)

| Full Name | | | |
|---|---|---|---|
| **DOUGLAS LEE WARREN** | | | |
| Drivers License | Drivers LicenseState | Email Address | |
| | **ID** | | |
| Age | Date of Birth | Gender | Race |
| **63** | **10/13/1955** | **MALE** | **WHITE** |
| Height | Weight | Hair Color | Eye Color |
| **6'00"** | **175** | **GRAY** | **BROWN** |
| Approx. Age | Demeanor | Build | Clothing |
| **55-64** | **ANGRY** | **THIN** | **BLUE JEANS, WHITE T-SHIRT** |

| Notes |
|---|
| **BALDING WITH SCRAGGLY GRAY HAIR. LONG GRAY BEARD.** |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|

| Prepared By: | Submitted Date |
|---|---|
| BRISBIN, VAL(val.brisbin@va.gov) | 07/08/2019 1015 |
| **Signature** | **Reviewed By/Date** |

| | | | | |
|---|---|---|---|---|
| 525 | | AMERICANA | | BOULEVARD |
| City | State | Zip | Country | Address Type |
| BOISE | ID | 83702 | USA | OTHER |

### Contact # 2   (REPORTING PERSON)

Full Name

**RICHARD  SOUDEN**

| Department | Title |
|---|---|
| POLICE SERVICE | POLICE OFFICER. |

Notes

**LEO ASSIST IN ARREST.**

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 500 | WEST | FORT | STREET | |
| City | State | Zip | Country | Address Type |
| BOISE | ID | 83702 | UNITED STATES | WORK |

**Narrative text**

On 07/07/2019 at approximately 1840 hours, the VAMC Emergency Room contacted Police Services and advised that a Douglas Warren had come to the Emergency Room seeking treatment and was extremely intoxicated.  The reporting party advised that Warren had been discharged, but was refusing to leave the Emergency Room.

Officer Souden was dispatched to the area to make contact with Warren.  On scene, Souden spoke to Warren and Warren was demanding a place to stay so he could sleep.  Souden informed Warren that he would have to leave the VA Campus and Warren refused. Warren sat down on the ground next to a pillar under the Emergency Vehicle entrance in front of the Emergency Room. Souden radioed and advised that Warren was refusing to leave.

I then advised that I would bring the Patrol Vehicle around and see if Warren would then take a ride to the front gates. I drove to the area where Souden and Warren were.  Warren was sitting on the ground and as I approached, I could smell the odor of an alcoholic beverage permeating from Warren when I was still a good five feet from him.  I got out and asked Warren if I could give him a ride to the front of the VA.  Warren advised I could give him a ride downtown to some location. (Warren's speech was slurred and the location he advised was unintelligible.) I advised Warren that I could not leave the VA Campus, but would help him get to the front where he could leave. Warren called me a "Pole Smoker" and demanded I find him a place to sleep. I advised Warren that we did not have a place for him to sleep and that he could no longer remain on the VA Campus in his condition. Warren told me to "Fuck off!" and he would stay right there.

I again told Warren that he would need to leave and asked where he had been staying. Warren advised that he had been sleeping in the streets and I could "go fuck myself."

At this point, I stood directly beside Warren and advised that I would help him to his feet and help him to my vehicle. I leaned down to offer Warren a hand and Warren clinched his left hand into a fist and attempted to strike me as I leaned down. Warren also raised his right elbow towards me to block me touching him.  I then grabbed Warren's right arm by the elbow and his right wrist and Officer Souden was on Warren's left side and followed suit, by grabbing Warren's left arm in a police lead. I then gave the command to Warren to get on his stomach. Warren tried pulling his arms away from us and was directed onto his stomach by the holds we both had on either side of Warren. Once Warren was on his stomach, Warren was able to wrench his right arm away from my grip and pulled his right arm under his chest.  Souden was able to take Warren's left arm and place it behind his back. I placed the palm of my left hand into the right shoulder blade of Warren as I gripped his right wrist with my right hand, commanding Warren to get his arm out from under him and to give me his arm. I was able to control Warren's right arm and also place it behind his back.  I then handcuffed Warren and directed him into a sitting position.  Warren continued to shout expletives at both Souden and I.

| Prepared By: | Submitted Date |
|---|---|
| BRISBIN, VAL(val.brisbin@va.gov) | 07/08/2019 1015 |
| **Signature** | **Reviewed By/Date** |
| | |

I informed Warren he was under arrest for Disorderly Conduct and for being Under the Influence of Alcohol on VA property. Warren replied by telling me to "Fuck off!" and that I was a "Buckethead."

We assisted Warren to stand and Warren was searched for any weapons. Warrens belongings were put into his hat on the hood of the Patrol Vehicle and then Warren was placed into the back seat of the Patrol Vehicle.

Warren had cash and loose change in his pockets. Souden asked a Hospital Staff that was outside observing this exchange to witness Souden carrying Warren's possessions and cash into the AOD, in order for the cash to be observed as it was counted and placed into a sealed envelope. Souden collected Warren's belongings into a plastic bag along with the money that was accounted for.

I then drove Warren to the Flagpole traffic circle and asked the oncoming shift to contact Ada County Sheriff's Office for transport of Warren. I was advised that the soonest available Deputy would be en route.

Warren continued to shout and demand to know why he was handcuffed. I attempted on numerous times to explain to Warren what was happening and that we were waiting for transport. Warren demanded to be un-handcuffed. Not knowing how long it would be until transport arrived, I asked Officer Souden to meet me at the Patrol Vehicle and we would escort him into the Police Service Office until his ride arrived.

Souden and I removed Warren from the vehicle and led him towards the building. Warren continued to direct his name-calling and threats towards us. Warren demanded a wheelchair and Warren was advised he could continue to walk. Warren was brought into building #67 and due to the fact his pants kept falling down, was sat in the chairs in front of the Police Service doors. Warren complained that he hurt his hands when he sat in the chair and began shouting. Warren was asked to stand up and I checked his hands and wrists. I could not observe any injuries. Warren was then taken inside of Police Services and Officer Rahn was asked to observe Warren while I finished my citations.

While waiting for Ada County, Warren advised that he would "come hunting for us" and also asked me numerous times if I was "allergic to lead."

Warren's information was run through NCIC and was clear. No Driver's License was located for Warren.

Ada County Deputy Koller arrived and Koller took command of Warren. Koller was given the bag with Warren's belongings and two citations were served on Warren. The first was U.S.D.C.V.N. for Disorderly Conduct [1.218(b)(11)] and the second U.S.D.C.V.N. for Entering Premises Under the Influence of Alcohol [1.218(b)(16)(a)].

Warren was transported to Ada County Jail without further incident.

Nothing further.

| Prepared By: | | Submitted Date |
|---|---|---|
| BRISBIN, VAL(val.brisbin@va.gov) | | 07/08/2019 1015 |
| Signature | | Reviewed By/Date |
| | | |